JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN HILL,<br>    Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br>    Defendants. | CV 21-8557 DSF (PVCx)<br><br>ORDER DISMISSING CASE |

    On October 29, 2021, Plaintiff filed this action against the United States and others. On January 21, 2022, Plaintiff dismissed the United States of America. Neither the United States nor any agent or officer of the United States is now a defendant in this action. The Court has discretion to retain or dismiss the remaining claims. 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original jurisdiction . . . ."). Given that this litigation is at an early stage, the Court concludes dismissal is appropriate. See id. Comm. on 1988 Rev.

    Plaintiff previously failed to comply with the Court's Order to cooperate with counsel in the filing of a Joint 26(f) Report. See dkt. 30. Plaintiff's counsel was previously ordered to show cause why he should not be sanctioned for his failure to do so. See dkt. 28. The Court warned that failure to file a response to the previous order to show cause would result in dismissal. Id. Apparently, rather than file a dismissal, he decided the Court

could do the work for him. See dkt. 30 at 1. As no response has been filed, the Court finds this to be an alternative grounds for dismissal.

    The Court suggests that in future Plaintiff's counsel show more courtesy to both the Court and opposing counsel than he has in this case.

  IT IS SO ORDERED.

Date: February 9, 2022

                                        Dale S. Fischer
                                        United States District Judge