UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN HILL,<br>      Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA, et al.,<br>      Defendants. | CV 21-8557 DSF (PVCx)<br><br>JUDGMENT |

   Plaintiff having dismissed the federal defendant and the Court having determined that it should decline supplemental jurisdiction and that the case should be dismissed for the additional reason stated in its Order Dismissing Case,
   IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice.

   IT IS SO ORDERED.

Date: February 9, 2022

Dale S. Fischer
United States District Judge